JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

In re:

ASHER WAGH,

    Debtor.

NEIL KERMAN and CAPTECH INTERNATIONAL LLC,

    Appellant,

v.

ASHER WAGH and UNITED STATES TRUSTEE FOR REGION 16,

    Appellees.

District Court Case Number
2:18-cv-06125-JFW

Bankruptcy Court Case Number
2:18-bk-14499-WB

**ORDER DISMISSING APPEAL**

    The Court having considered the Stipulation For Dismissal Of Appeal, and for good cause appearing,

    IT IS HEREBY ORDERED that this appeal is DISMISSED.

Dated: December 7, 2018

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE